TOWNSHIP OF MOORESTOWN v.
TOWNSHIP OF MOUNT LAUREL.

September 30, 1975. Petition for certification denied.

TOWNSHIP OF MOORESTOWN v.
TOWNSHIP OF MOUNT LAUREL.

September 30, 1975. Cross-petition for certification denied.

STATE OF NEW JERSEY v. GERALD BRAXTON.

September 30, 1975. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF EUSTACE E. LINGLE.

September 30, 1975. Petition for certification granted.

CHARLES S. LIGE v. TOWNSHIP OF MONTCLAIR.

September 30, 1975. Petition for certification granted. (See 134 *N. J. Super.* 277)

STATE OF NEW JERSEY v. EMORY JOHNSON.

September 30, 1975. Petition for certification granted.